IN RE: TESTOSTERONE REPLACE-
MENT THERAPY PRODUCTS
LIABILITY LITIGATION

Rodney Guilbeau, et al., Plaintiffs-
Appellants,

v.

Pfizer, Inc. and Pharmacia & Upjohn
Company, LLC, Defendants-
Appellees.

No. 17-2056

United States Court of Appeals,
Seventh Circuit.

January 19, 2018

Andrea Bierstein, Attorney, Simmons
Hanly Conroy, LLC, New York, NY, Ron-
ald Johnson, Jr., Schachter Hendy & John-
son PSC, Ft. Wright, KY, Trent B. Mira-
cle, Brendan A. Smith, Attorney, Simmons
Hanly Conroy, Alton, IL, Christopher A.
Seeger, Seeger Weiss LLP, New York,
NY, for Plaintiffs-Appellants

Matthew A. Holian, Attorney, DLA Pip-
er LLP, Boston, MA, Kannon K. Shanmu-
gam, Attorney, Allison Jones Rushing, At-
torney, Eden Schiffmann, Attorney,
Williams & Connolly LLP, Washington,
DC, for Defendants-Appellees

Before WILLIAM J. BAUER, Circuit
Judge, DAVID F. HAMILTON, Circuit
Judge, SARA L. DARROW, District
Judge [*]

### ORDER

In the multidistrict litigation docket that
gave rise to this appeal (MDL No. 2545),
the district court dismissed all cases with
prejudice that involved the above-named
defendants, Pfizer, Inc. and Pharmacia &
Upjohn Company, LLC, the makers of the
drug Depo-Testosterone.[1] Some of the
more than one thousand individual cases
subject to this appeal were resolved by
final judgments, see Master Dkt. Nos.
1824, 1969, while others were resolved by
partial final judgments pursuant to Fed. R.
Civ. P. 54(b), see Master Dkt. Nos. 1865,
1970. By separate opinion issued today, we
affirm the district court's decisions with
respect to both the defendants' preemption
defense and the denial of discovery on the
preemption defense.

In the course of briefing this appeal,
however, the parties have since noted the
lack of complete diversity of citizenship in
forty of the cases affected by these Dis-
trict Court orders. The list of these cases,
contained in Appellate Dkt. 15-1, is repro-
duced below. In each case, there is at least
one defendant who is a citizen of the same
state as the plaintiff, which would ordinari-
ly deprive the federal courts of subject
matter jurisdiction. See 28 U.S.C.
§ 1332(a),(c); *McCready v. eBay, Inc.*, 453
F.3d 882, 890–91 (7th Cir. 2006) (noting
complete diversity requirement). Though
some cases may involve only one (non-

---

[*] Of the Central District of Illinois, sitting by
designation.

1. The district court explained its conclusions
in several case management orders issued
March 7, 2016, March 30, 2017, April 18,
2017 and May 26, 2017. See Master Dkt. Nos.
1211, 1824, 1865, 1969, 1970.

diverse) defendant, it is possible that some of these cases may be properly brought against remaining diverse defendants and that the non-diverse defendants could and should be dismissed to preserve subject matter jurisdiction. It would be possible in theory for us to take these forty cases one by one to decide whether the non-diverse defendants are dispensable parties who should be dismissed on appeal. See *Newman-Green, Inc. v. Alfonzo-Larrain*, 490 U.S. 826, 109 S.Ct. 2218, 104 L.Ed.2d 893 (1989); 28 U.S.C. § 1653 (allowing amendment of defective jurisdictional allegations in both trial and appellate courts). Given the number of these cases, the paucity of relevant information before us, and the district court's much greater familiarity with the details of the litigation and its effective management, we think the better course is to have the district court sort out these jurisdictional problems with more detailed assistance from counsel.

Accordingly, due to a lack of complete diversity of citizenship, the final judgments or partial final judgments entered by the district court in the cases listed below are VACATED and REMANDED for proceedings consistent with this order and the accompanying opinion issued in this appeal, No. 17-2056.

## CASES AFFECTED

| Plaintiff/District Court Case No. | Plaintiff's Citizenship | Non-Diverse Defendant(s) to be Dismissed | Master Docket Document Ordering Dismissal |
|---|---|---|---|
| Final Judgment Cases | | | |
| Evans, Sr. Glenn E., 16-cv-3668 | CA | McKesson Corporation | 1824 |
| Puryear, David, 16-cv-3650 | CA | McKesson Corporation | 1824 |
| Barrett, Thomas, 16-cv-7627 | MI | Pharmacia & Upjohn Company LLC | 1824 |
| Bowen, III, Clinton, 16-cv-8749 | MI | Pharmacia & Upjohn Company LLC | 1824 |
| Dougherty, Michael, 15-cv-2824 | MI | Pharmacia & Upjohn Company LLC | 1824 |
| Dunn, Lawrence, 16-cv-1363 | MI | Pharmacia & Upjohn Company LLC | 1824 |
| Gomez, Luiz C., 16-cv-10157 | MI | Pharmacia & Upjohn Company LLC | 1824 |
| Hampton, Duane, 15-cv-9564 | MI | Pharmacia & Upjohn Company LLC | 1824 |
| Knight, Andre L., 16-cv-6039 | MI | Pharmacia & Upjohn Company LLC | 1824 |
| Lewis, Russell, 15-cv-8889 | MI | Pharmacia & Upjohn Company LLC | 1824 |

| | | | |
|---|---|---|---|
| Lockner, Steven, 16-cv-8912 | MI | Pharmacia & Upjohn Company LLC | 1824 |
| Mangas, Brian, 16-cv-7617 | MI | Pharmacia & Upjohn Company LLC | 1824 |
| McClerkin, Duncan, 15-cv-4757 | MI | Pharmacia & Upjohn Company LLC | 1824 |
| Morgan, Michael, 15-cv-6038 | MI | Pharmacia & Upjohn Company LLC | 1824 |
| Naragon, Robert C., 15-cv-6546 | MI | Pharmacia & Upjohn Company LLC | 1824 |
| Orzel, John F., 15-cv-11598 | MI | Pharmacia & Upjohn Company LLC | 1824 |
| Patrick, Tony N., 16-cv-4578 | MI | Pharmacia & Upjohn Company LLC | 1824 |
| Sawyers, Dennis, 15-cv-7590 | MI | Pharmacia & Upjohn Company LLC | 1824 |
| Stapples, Herman, 15-cv-11418 | MI | Pharmacia & Upjohn Company LLC | 1824 |
| Craig, Michael A., 17-cv-1451 | MI | Pharmacia & Upjohn Company LLC | 1969 |
| Fleeger, David, 17-cv-465 | MI | Pharmacia & Upjohn Company LLC | 1969 |
| Griffith, Gary, 17-cv-558 | MI | Pharmacia & Upjohn Company LLC | 1969 |
| Hitz, Frank F., 17-cv-685 | MI | Pharmacia & Upjohn Company LLC | 1969 |

| Rule 54(b) Cases | | | |
|---|---|---|---|
| Canion, Thomas, 15-cv-6448 | GA | AbbVie Products LLC | 1865 |
| Henderson, Ronald E., 16-cv-1527 | GA | AbbVie Products LLC | 1865 |
| Johnson, Ralph Derrell, 16-cv-1277 | GA | AbbVie Products LLC | 1865 |
| Linkous, Brian K., 16-cv-7186 | GA | AbbVie Products LLC | ·1865 |
| Tallevast, John, 16-cv-1772 | GA | AbbVie Products LLC | 1865 |
| Thompson, Roger, 16-cv-1716 | GA | AbbVie Products LLC | 1865 |
| Crawford, Edward Lee, 16-cv-1397 | FL | Anda, Inc. | 1865 |
| Gagnier, Peter T., 16-cv-1349 | FL | Anda, Inc. | 1865 |
| Jackson, Roosevelt, 16-cv-1158 | FL | Anda, Inc. | 1865 |
| King, John, 16-cv-3194 | VA | Besins Healthcare Inc. | 1865 |
| Baggett, Dennie, 16-cv-7404 | MI | Pharmacia & Upjohn Company LLC | 1865 |
| Coursen, Michael, 16-cv-2676 | MI | Pharmacia & Upjohn Company LLC | 1865 |
| Harte, Patrick, 16-cv-3946 | MI | Pharmacia & Upjohn Company LLC | 1865 |
| Howse, Jr., John, 16-cv-1521 | MI | Pharmacia & Upjohn Company LLC | 1865 |
| Sutphin, Anthony, 16-cv-4485 | MI | Pharmacia & Upjohn Company LLC | 1865 |
| Barton, Terry, 17-cv-2262 | FL | Anda, Inc. | 1970 |
| Coffey, Robert J., 17-cv-626 | FL | Anda, Inc. | 1970 |